ALICE HOOTEN v. J. A. HOOTEN.

No. 5463.   Decided June 10, 1931.
(40 S. W., 2d Series, 52.)

*R. D. Allen,* for appellant.

*Dial & Brim,* for appellee.

MR. JUSTICE GREENWOOD delivered the opinion of the court.

The plaintiff in error presents the same questions we have determined adversely to her contentions in an opinion this day filed in Cause No. 5006, John Cunningham v. Rozelle Cunningham et al., 120 Texas, 491, 40 S. W. (2d) 46, In accordance with the conclusion in that opinion, the judgment of the Court of Civil Appeals should be and is affirmed.